# Richmond.

## Myers, Receiver, v. City of Richmond.

### January 13, 1910.

### Absent, Buchanan, J.

1. Taxation—*City of Richmond.*—The City of Richmond has plenary powers of taxation upon all property and subjects assessed with State taxes against persons residing therein; hence this case is ruled by *Myers* v. *Commonwealth, ante,* p. 600.

Error to a judgment of the Hustings Court of the city of Richmond on a motion to correct an erroneous assessment of taxes. Judgment for the defendant. Petitioner assigns error.

*Affirmed.*

*J. Jordan Leake* and *Christian, Gordon & Christian,* for the plaintiff in error.

*H. R. Pollard* and *Geo. Wayne Anderson,* for the defendant in error.

Whittle, J., delivered the opinion of the court.

The city of Richmond has plenary power under the general law, Va. Code, 1904, sec. 1043, and its charter to make levies upon all property and subjects assessed with State taxes against persons residing therein. Consequently, this case is ruled by the case of *Lilburn T. Myers, Receiver,* v. *Commonwealth, ante,* p. 600, 66 S. E. 824, in which an opinion has just been handed down sustaining the validity of the tax in question so far as the State is concerned.

*Affirmed.*